IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GREGORY HOFFMAN, # 84958-054,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 13-cv-852-GPM |
| | ) |
| **FEDERAL BUREAU of PRISONS,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Gregory Hoffman shall recover nothing, and the action is **DISMISSED on the merits with prejudice,** the parties to bear their own costs. This dismissal shall count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: October 7, 2013

                                                    NANCY J. ROSENSTENGEL, CLERK

                                                    By:    s/ Tanya Kelley
                                                                     Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
                      G. PATRICK MURPHY
                      United States District Judge